783 A.2d 765

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Lisa Ann RIVERA, Respondent.

Supreme Court of Pennsylvania.

Nov. 16, 2001.

## ORDER

PER CURIAM:

**AND NOW,** this 16th day of November, 2001, we **GRANT** the Petition for Allowance of Appeal and we **REVERSE** the Order of the Superior Court. *See Commonwealth v. Torres,* 564 Pa. 86, 764 A.2d 532 (2001).

783 A.2d 765

COMMONWEALTH of Pennsylvania, Appellee,

v.

John Roscoe SHIPLEY, Appellant.

**No. 76 WAP 2001.**

Supreme Court of Pennsylvania.

Nov. 20, 2001.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of November, 2001, probable jurisdiction is noted and the order appealed is affirmed.